UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINFO IP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ALIBABA GROUP (U.S.) INC.,<br><br>        Defendant. | Case No. 24-cv-03098-RS<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to 4:24-cv-02195-HSG.

**IT IS SO ORDERED.**

Dated: August 15, 2024

_____
RICHARD SEEBORG
Chief United States District Judge