UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINFO IP, LLC                    ,

          Plaintiff(s),

     v.

THIRDLOVE, INC.                  ,

          Defendant(s).

Case No. 4:24-cv-02195-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Alexander Hale Martin , an active member in good standing of the bar of Texas , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ThirdLove, Inc. in the above-entitled action. My local co-counsel in this case is Rodeen Talebi , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 320392 .

| | |
|---|---|
| 1717 Main Street, Suite 5000, Dallas, TX 75201 | 4695 MacArthur Court, Suite 1100, Newport Beach, CA 92660 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (214) 747-5070 | (949) 623-7640 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| martin@fr.com | talebi@fr.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24091828 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 08/30/2024                                    Alexander Hale Martin
                                                        APPLICANT

5

6

7

8                    ORDER GRANTING APPLICATION

9               FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of  Alexander Hale Martin   is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:        9/3/2024

16

17  _Haywood S. Gill Jr._
    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021

United States District Court
Northern District of California

# The Supreme Court of Texas

AUSTIN

---

CLERK'S OFFICE

---

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Alexander Hale  Martin**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 2017.

I further certify that the records of this office show that, as of this date

**Alexander Hale  Martin**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 28th day of August, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4791C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.