IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINFO IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THIRDLOVE, INC.,<br><br>    Defendant. | CASE NO. 4:24-CV-02195-HSG<br><br>**JURY TRIAL DEMANDED**<br><br>**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES  AND NOTICE OF SETTLEMENT** |

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement filed by Plaintiff Linfo IP, LLC and Defendant ThirdLove, Inc.  After consideration, the Court GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that all unreached deadlines in this matter are hereby stayed for 30 days to allow the Parties to submit dismissal papers. The Parties shall file the dismissal document not later than October 14, 2024.

Signed this  16th  day of      September , 2024.

*Haywood S. Gilliam Jr.*
United States District Judge

1

ORDER GRANTING
JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT
Case No. 4:24-cv-02195-HSG